# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PERRIS, ELIZABETH L. | 2. Court or Organization<br><br>U. S. Bankruptcy Court | 3. Date of Report<br><br>10/20/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>01/12/2016 |

**7. Chambers or Office Address**

1001 S.W. Fifth Ave.,
Suite 700
Portland, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | West Services - Book Royalty | $1,082.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Collections from audiology practice (retired October 1, 2013) and payment for substitute audiology services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2//24/15 - 2/27/15 | Las Vegas, NV | Seminar | Hotel, transportation and meals |
| 2. | National Conference of Bankruptcy Judges (NCBJ) | 4/13/15 - 4/14/15 | San Antonio, TX | Meeting | Hotel, transportation and meals |
| 3. | National Federation of Municipal Analysts | 5/14/15 - 5/15/15 | Las Vegas, NV | Seminar | Hotel, transportation and meals |
| 4. | National Assn. of Bond Lawyers | 9/8/15 - 9/10/15 | Chicago, IL | Seminar | Hotel, transportation and meals |
| 5. | NCBJ | 9/27/15 - 9/30/15 | Miami, FL | Meeting | Hotel, transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **PERRIS, ELIZABETH L.** | 10/20/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account | D | Int./Div. | M | T | | | | | |
| 2. -- Teco Stock | A | Dividend | | | Sold | 04/01/15 | J | B | |
| 3. -- Vanguard Windsor II Mutual Fund | | None | | | Sold | 04/01/15 | J | D | |
| 4. -- Spectra Energy Stock | A | Dividend | | | Sold | 04/01/15 | J | D | |
| 5. -- Money Market Funds (Schwab Cash Reserves) | A | Interest | K | T | Sold (part) | 04/13/15 | M | A | |
| 6. -- Vanguard Global Minimum Volatility | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 7. -- Vanguard Star | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 8. -- Vanguard Total Intl Bond | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 9. -- Zeo Strategic Income | A | Dividend | J | T | Buy | 08/16/15 | J | | |
| 10. -- Blackrock Strategic Income | A | Dividend | K | T | Buy | 04/13/15 | K | | |
| 11. -- ishares - EAFE Min. Volatility | A | Dividend | K | T | Buy | 04/15/15 | K | | |
| 12. -- Pimco Foreign Bond Fund | C | Dividend | K | T | Buy | 04/13/15 | K | | |
| 13. -- FPA CresentCL | D | Dividend | K | T | Buy | 04/13/15 | K | | |
| 14. -- i-shares 1-3 Year Treasury | A | Dividend | | | Buy | 07/20/15 | J | | |
| 15. | | | | | Sold | 08/06/15 | J | A | |
| 16. -- JP Morgan Strategic Inc. | A | Dividend | | | Buy | 04/13/15 | K | | |
| 17. | | | | | Sold | 10/06/15 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Powershares S&P 500 Downside Hedged | A | Dividend | | | Buy | 04/15/15 | K | | |
| 19. | | | | | Sold | 07/17/15 | K | A | |
| 20. Vanguard S & P 500 Fund | C | Distribution | M | T | | | | | |
| 21. Bristol Meyers Squibb Stock | A | Dividend | J | T | | | | | |
| 22. Harbor International Fund | D | Distribution | N | T | Donated (part) | | | | |
| 23. U.S. Savings Bonds | B | Interest | L | T | | | | | |
| 24. 1/2 Interest - Condominium, Otter Rock, Oregon | A | Rent | L | R | | | | | |
| 25. Baron Asset Fund Shares | D | Distribution | L | T | | | | | |
| 26. NASDAQ 100 Stock | A | Dividend | K | T | | | | | |
| 27. i Shares-Russell 2000 | B | Dividend | K | T | Sold (part) | 04/01/15 | M | F | |
| 28. Key Bank Accounts (Checking) | A | Interest | M | T | Matured (part) | 05/27/15 | K | A | |
| 29. On Point FCU (Checking) | A | Interest | N | T | | | | | |
| 30. i Shares - Emerging Markets | | None | | | Sold | 04/01/15 | J | B | |
| 31. IRA #2 - On Point | A | Interest | J | T | | | | | |
| 32. Or Vet Welfare Due 2041 | A | Interest | K | T | | | | | |
| 33. Schwab Cash Dep | A | Interest | N | T | | | | | |
| 34. Schwab 1000 SNXFX | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard International Growth VWIGX | | None | | | Sold | 03/30/15 | K | B | |
| 36. Verizon VZ | A | Dividend | | | Sold | 04/01/15 | K | E | |
| 37. Gugenheim Multi Asset CVY | A | Dividend | | | Sold | 04/01/15 | K | C | |
| 38. Wisdomtree Global Real Estate Ex US DRW | | None | | | Sold | 04/01/15 | J | A | |
| 39. i shares Sel Div DVY | A | Dividend | | | Sold | 04/01/15 | L | D | |
| 40. i shares Biotech IBB | | None | | | Sold | 04/01/15 | M | F | |
| 41. i shares US Industrials IYJ | A | Dividend | | | Sold | 04/01/15 | K | E | |
| 42. i shares US Basic Materials IYM | A | Dividend | | | Sold | 04/01/15 | J | B | |
| 43. i shares US Preferred PFF | A | Dividend | | | Sold | 04/01/15 | K | A | |
| 44. Lehman Bros. Holdings 7.2 8/09 bonds - bankruptcy | | None | J | T | Distributed (part) | 04/02/15 | J | | |
| 45. | | | | | Distributed (part) | 10/01/15 | J | | |
| 46. Powershares Intl Div PID | A | Dividend | | | Sold | 04/01/15 | K | A | |
| 47. S & P 500 SPY | A | Dividend | | | Sold | 04/01/15 | L | E | |
| 48. Vanguard Consumer Discretionary VCR | | None | | | Sold | 04/01/15 | K | E | |
| 49. Vanguard Consumer Staples VDC | | None | | | Sold | 04/01/15 | L | E | |
| 50. Vanguard Energy VDE | | None | | | Sold | 04/01/15 | L | B | |
| 51. Vanguard Information Technology VGT | | None | | | Sold | 04/01/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Healthcare VHT | | None | | | Sold | 04/01/15 | K | E | |
| 53. Vanguard REIT VNQ | A | Dividend | | | Sold | 04/01/15 | J | C | |
| 54. Vanguard Telecommunicatioin VOX | | None | | | Sold | 04/01/15 | J | B | |
| 55. Vanguard Utilities VPU | A | Dividend | | | Sold | 04/01/15 | L | E | |
| 56. i sharees Developed Ex-US Properties WPS | A | Dividend | | | Sold | 04/01/15 | K | B | |
| 57. Davis Financial CI C DFFCX | | None | | | Sold | 04/01/15 | K | E | |
| 58. Templeton Global Bond CI C TEGBX | A | Dividend | | | Sold | 04/01/15 | K | A | |
| 59. GNMA 7.5%, maturing in 26 | A | Interest | J | T | | | | | |
| 60. GNMA 7.5%, maturing in 27 | A | Interest | | | Sold | 12/15/15 | J | A | |
| 61. $50,000 BA CD Matures 1/15 | A | Interest | | | Matured | 01/26/15 | K | A | |
| 62. Wells Fargo Accounts (checking/savings) | A | Interest | L | T | | | | | |
| 63. Receivable due from Lovejoy Audiology LLC | B | Interest | M | V | | | | | |
| 64. Ally Financial CD (Matures 10/17) | B | Interest | M | T | | | | | |
| 65. Vanguard Global Minimum Volatility (VMNVX) | D | Dividend | N | T | Buy | 07/17/15 | M | | |
| 66. | | | | | Buy | 08/10/15 | M | | |
| 67. Vanguard Star (VGTSTX) | D | Dividend | M | T | Buy | 04/13/15 | M | | |
| 68. Vanguard Total Intl Bond (BNDX) | A | Dividend | K | T | Buy | 04/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zeo Strategic Income (ZEOIX) | D | Dividend | M | T | Buy | 08/15/15 | M | | |
| 70. Barclay's Bank ETN-S&P Volat ETF (VQT) | | None | | | Buy | 04/13/15 | K | | |
| 71. | | | | | Sold | 07/20/15 | K | A | |
| 72. Blackrock Strategic Inc. | D | Dividend | N | T | Buy | 04/13/15 | N | | |
| 73. CS Velocity Shrs Daily Inv (ZIV) | | None | | | Buy | 08/27/15 | M | | |
| 74. | | | | | Sold | 09/02/15 | M | A | |
| 75. FPA Cresent CL (FPC1Z) | D | Dividend | M | T | Buy | 04/13/15 | N | | |
| 76. i shares 1-3 Yr Treas (SHY) | A | Dividend | | | Buy | 07/17/15 | L | | |
| 77. | | | | | Sold | 08/10/15 | L | A | |
| 78. i shares EAFC Min. Volatility (EFAV) | D | Dividend | N | T | Buy | 04/10/15 | N | | |
| 79. JP Morgan Inc Opportunity | C | Dividend | | | Buy | 04/13/15 | N | | |
| 80. | | | | | Sold (part) | 08/25/15 | M | A | |
| 81. | | | | | Sold | 10/05/15 | L | A | |
| 82. Pimco Foreign Bond (PFORX) | E | Dividend | N | T | Buy | 04/10/15 | N | | |
| 83. Powershares S&P 500 Downside Hedged EFT (PHD6) | A | Dividend | | | Buy | 04/15/15 | M | | |
| 84. | | | | | Sold | 07/17/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 10/20/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5. Schwab Cash Reserves is a money market fund. I reinvest the distributions. In addition, I regularly deposit stock dividends, asset liquidation proceeds, and intereest income in the account. The dividends and interest deposits are small. Only transactions in excess of $1,000 within the pertinent account are separately reported.

Lines 6-13, 16, 18, 20, 25, 34, 58, 65, 67-69, 72, and 75. All periodic dividends and capital gains are automatically reinvested in additional shares, the automatic reinvestments are not reported as separate transactions.

Lines 20, 22 & 25. The shares of the Vanguard S&P 500 Fund (line 20), Harbor International Fund (line 22), and Baron Asset Fund Shares (25) were transferred from the pertinent mutual fund to Charles Schwab, but were not liquidated except as noted.

Line 24. Our 1/2 interest in the condominium at Otter Rock, Oregon, the net rents are after payment of expenses. Our share of the rents without reduction of expenses would be Code D. Half interest in condominium purchased in August 1994 for $55,000.

Line 29. Our OnPoint CD matured 12/1/14, and the proceeds were deposited in our On Point checking accounts. It was an error to continue to call it a CD.

Line 33. The Schwab Cash deposits listed in Lines 20 and 23 of my previous report have been consolidated.

Line 44. Lehman Bros. is in bankruptcy. Partial distributions are made periodically.

Line 63. Valuation method - using balance due on transaction. Sole proprietorship sold to Lovejoy Audiology LLC on September 30, 2013, and that created the receivable. Payments consist of interest and principal. Only the interest is reported as income. If income includes principal payments, the amount would be Code E.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELIZABETH L. PERRIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544